*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

UNITED STATES OF AMERICA        :     INDICTMENT

    v.                          :     **07 CRIM. 606**

DWAYNE WILKINSON,               :

        Defendant.            :

-------------------------------x

## COUNT ONE

    The Grand Jury charges:

    On or about April 13, 2007, in the Southern District of New York, DWAYNE WILKINSON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 29, 2003, in Westchester County Court, New York, for grand larceny in the third degree, in violation of New York Penal Law 155.35, a class D felony, unlawfully, wilfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .32-caliber Clerke Technicorp revolver, which previously had been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_/s/ Madeline Couton_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DWAYNE WILKINSON,

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*/s/ Madeline Couton*
Foreperson.

---

Post 11/87

/s/
7/5/07

Indictment filed, case assigned to Judge Hellerstein.
F. Maas, USMJ