**M E M O R A N D U M**

TO:　　HONORABLE ALVIN K. HELLERSTEIN
　　　　U.S. District Court Judge

FROM:　SCOTT KOWAL
　　　　United States Pretrial Services Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07
```

RE: Wilkinson, Dwayne

DOCKET #: 07 Cr 606

The attached memorandum prepared by Pretrial Services Officer

　　Scott Kowal　　　　　　　　(914) 390-4138

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]　　I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]　　Please inform all parties concerned that I will conduct a Bail Review Hearing on _November 20, 2007_ at _9:30 a.m._.
　　　　　　　　　　　　　　　　　　　DATE　　　　　　　　　　　　　TIME

[ ]　　I direct that a bench warrant be issued for the defendant in this matter.

[ ]　　Please advise the court of the outcome in this matter.

[ ]　　So ordered _11/14/07_　_[signature]_

**COMMENTS:**



# MEMORANDUM

**To:** HONORABLE ALVIN K. HELLERSTEIN
U.S. District Court Judge

**From:** Scott Kowal
Pretrial Services Officer

**Re:** Wilkinson, Dwayne
07 CR 606

**Date:** November 14, 2007

On 6/7/07, the defendant surrendered to ATF agents on charges of Felon in Possession of a Firearm. On that same date, he appeared before US Magistrate Judge James C. Francis and was ordered released on a $50,000 unsecured bond to be cosigned by 2 financially responsible persons, with travel restricted to the SDNY/EDNY, surrender of travel documents (& no new applications), and strict Pretrial Services supervision to include drug testing/treatment.

On 7/16/07, the defendant appeared before US Magistrate Judge Ronald L. Ellis for arraignment on indictment. He entered a plea of not guilty and the case was assigned to Your Honor. On 9/24/07, the defendant entered a plea of guilty to count one and sentencing was set for 1/4/2008.

On 9/13/07, PSA submitted a status report to the Court advising that on 9/4/07 the defendant submitted a urine sample to Pretrial Services that tested positive for marijuana. The defendant asserted that he had not engaged in the use of marijuana but acknowledged being in the presence of others while they had. The defendant was admonished by this officer. At the recommendation of PSA, and the consent of all parties, Your Honor increased the defendant's drug testing at the discretion of PSA.

PSA notes that, on 11/5/07, the defendant tested positive for marijuana a second time while on pretrial release. Additionally, we note that the defendant failed to report for mandatory drug testing on 10/10/07 and 10/31/07 and offered various excuses only after he was confronted by this officer. PSA is requesting that a bail violation hearing be held to address the defendant's continued use of marijuana and his inability or unwillingness to comply with his drug testing schedule.

*Margaret Amusz*

Reviewed by:
Supervising Pretrial Services Officer