# The Law Firm of
# CHARRINGTON MEDARD, P.C.

RECEIVED NOV 15 2007 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.

DATE FILED 11/16/07

One Cross Island Plaza • Suite 316 • Rosedale, New York 11422
Tel. No. (718) 528.4422 • Fax (718) 528.4420

September 6, 2007

**VIA FACSIMILE**
The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
ATTN: BRIDGETT JONES

*[handwritten endorsement: The hearing is adjourned to November 30, 2007 at 10:30 a.m.  11.15.07  AKHellerstein]*

Re:    *United States v. Dwayne Wilkinson,*
       07 Mag. 820, 07 Cr. 606

Dear Ms. Jones:

Please be advised that this office represents *Dwayne Wilkinson* in the above matter.

It has come to our attention that a bail review hearing has been ordered for Mr. Wilkinson for November 20, 2007. The undersigned has a prior commitment in Westchester County on that day until 2:30 pm that can not be postponed.

The undersigned respectfully requests that this the hearing be adjourned to November 30, 2007 at 10:30 am.

Please advise the undersigned as to the status of this request.

Very truly yours,

KAREN H. CHARRINGTON

**MEMO ENDORSED**

CC:   AUSA Sharon Frase (Fax 212-637-2937)
      Scott Kowal (Fax 914-390-4035)