# The Law Firm of
# CHARRINGTON MEDARD, P.C.

One Cross Island Plaza • Suite 316 • Rosedale, New York 11422
Tel. No. (718) 528.4422 • Fax (718) 528.4420

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08
```

January 3, 2008

**VIA FACSIMILE**
The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
ATTN: BRIDGETT JONES

      Re:    <u>United States v. Dwayne Wilkinson,</u>
               07 Mag. 820, 07 Cr.606 (AKH)

Dear Ms. Jones:

      Please be advised that Mrs. Pamela Chambers, the mother of Mr. Wilkinson, contacted our office to request that her son be allowed approximately two to three hours to go to a hair care facility so that his hair could be groomed for his sentencing tomorrow, January 4, 2008. The facility is only fifteen minutes from Mr. Wilkinson's home

      **We respectfully request that the Court sign this letter authorizing and ordering that Mr. Dwayne Wilkinson be granted three hours on January 3, 2007 and, to have his hair groomed, before 4:30 pm, at "Mary Anne African Braiding" at 255 Luther King Blvd. in White Plains, New York.**

      A signed copy of this request may be faxed to the above office to then be forwarded to Mr. Wilkinson's U.S. Pre-trial services office, Mr. Scott Kowal.

SO ORDERED: *[signature]* (1/3/08)
UNITED STATES DISTRICT JUDGE

BY: KAREN H. CHARRINGTON, ESQ.